AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF North Carolina

UNITED STATES OF AMERICA

V.

RODNEY S. DAW

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 5:15-CR-92-1H

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_[Signature]_
Signature of Judge

Hon. Malcolm J. Howard — Senior US Judge
Name of Judge — Title of Judge

3/2/2017
Date